AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Milton Lewis,<br>*Plaintiff*<br>v.<br>Norfolk Southern Railroad Inc.,<br>*Defendant* | Civil Action No.   1:07-3231-MBS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: <u>summary judgment in entered for the defendant, Norfolk Southern Railroad Inc., and the plaintiff Milton Lewis, shall take nothing on the complaint and this case is dismissed with prejudice as to all causes of action.</u>

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ <u>decided by the Honorable Margaret B. Seymour, United States District Judge presiding.  The court having granted the defendant's motion for summary judgment.</u>

Date:   July 16, 2010                                              *CLERK OF COURT*

                                                                                       s/Angie Snipes

                                                                         *Signature of Clerk or Deputy Clerk*